AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

SOUTHERN   DISTRICT OF   FLORIDA

STEVE NICHOLSON,

Plaintiff,

V.

NORTH BROWARD HOSPITAL DISTRICT d/b/a
Broward General Medical Center,
a Florida political subdivision,

Defendant.

**00-6112 CIV-ZLOCH**

SUMMONS IN A CIVIL CASE

CASE NUMBER:

Magistrate: **MAGISTRATE J**
            **NO...**

TO: (Name and address of defendant)

by serving:
**NORTH BROWARD HOSPITAL DISTRICT**
303 S.E. 17th Street
Fort Lauderdale, Florida 33060

Attention: Wil Trower, President/Chief Executive Officer

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

SCOTT W. ROTHSTEIN, ESQ.
PHILLIPS, EISINGER, KOSS,
ROTHSTEIN & ROSENFELDT, P.A.
Attorneys for Plaintiff
NationsBank Tower
Suite 2612
One Financial Plaza
Fort Lauderdale, Florida 33394
TEL: (954) 764-1983
FAX: (954) 764-2144

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Clarence Maddox
CLERK

(BY) DEPUTY CLERK

JAN 2 4 2000
DATE