# RETURN OF SERVICE

UNITED STATES DISTRICT COURT
SOUTHERN District of FLORIDA

Case Number: 00-6112-CIV-ZLOCH



Plaintiff:
**STEVE NICHOLSON**

vs.

Defendant:
**NORTH BROWARD HOSPITAL DISTRICT**

For:
Scott W. Rothstein, Esq.
2612 One Financial Plaza
Fort Lauderdale FL 33301

Received by OJF SERVICES on the **25th day of January, 2000** at **1:06 pm** to be served on **NORTH BROWARD HOSPITAL DISTRICT 633 S. FEDERAL HIGHWAY, FT. LAUDERDALE, FL.**.

I, John L. McLean, do hereby affirm that on the **26th day of January, 2000** at **1:00 pm, I:**

SERVED the within named PUBLIC AGENCY by delivering a true copy of the **Summons and Complaint** with the date and hour of service endorsed thereon by me, to ROSE ROMANO as AGENT FOR THE LAW FIRM OF CONRAD, SHERER of the within named agency and informing such person of the contents therein.

I do hereby certify that I have no interest in the above action, that I am over the age of eighteen, and that I am a certified process server in the circuit in which it was served. "Under penalty of perjury, I declare that I have read the foregoing (document) and that the facts stated in it are true.

John L. McLean
Sps #349

OJF SERVICES
13727 S.W. 152nd Street
P.M.B. 354
Miami, FL 33177
(305) 238-7300
Our Job Serial Number: 2000000487

Copyright © 1992-1999 Database Services, Inc. - Process Server's Toolbox V5.3c

AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

STEVE NICHOLSON,

Plaintiff,

V.

NORTH BROWARD HOSPITAL DISTRICT d/b/a
Broward General Medical Center,
a Florida political subdivision,

Defendant.

**00-6112 CIV-ZLOCH**

SUMMONS IN A CIVIL CASE

CASE NUMBER:

Magistrate: MAGISTRATE ~~SELTZER~~

TO: (Name and address of defendant)

by serving:   **NORTH BROWARD HOSPITAL DISTRICT**
303 S.E. 17th Street
Fort Lauderdale, Florida 33060

Attention: Wil Trower, President/Chief Executive Officer

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

SCOTT W. ROTHSTEIN, ESQ.
PHILLIPS, EISINGER, KOSS,
ROTHSTEIN & ROSENFELDT, P.A.
Attorneys for Plaintiff
NationsBank Tower
Suite 2612
One Financial Plaza
Fort Lauderdale, Florida 33394
TEL: (954) 764-1983
FAX: (954) 764-2144

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Clarence **Maddox**                                   JAN 2 4 2000
CLERK                                                 DATE

(BY) DEPUTY CLERK