UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NUMBER: 00-6112-CIV-ZLOCH/SELTZER

STEVE NICHOLSON,

    Plaintiff,

vs.

NORTH BROWARD HOSPITAL DISTRICT
d/b/a Broward General Medical Center,
a Florida political subdivision,

    Defendant.
_____/



## PLAINTIFF'S RESPONSE TO DEFENDANT'S MOTION TO DISMISS

Plaintiff, through his undersigned counsel, files this, his response to Defendant's Motion to Dismiss and states the following:

1. On or about February 15, 2000, the Defendant filed a motion to dismiss the Plaintiff's Complaint.

2. On March 1, 2000, the Plaintiff served an Amended Complaint as a matter of right pursuant to Rule 15, Fed.R.Civ.P.

3. Defendant's motion to dismiss is therefore moot and should be DENIED.

Dated: March 1, 2000

                Respectfully submitted,

                Phillips, Eisinger, Koss,
                Rothstein & Rosenfeldt, P.A.
                Attorneys for Plaintiff
                Nationsbank Building, Suite 2612
                One Financial Plaza
                Fort Lauderdale, FL 33394

                _____
                Scott W. Rothstein, Esq.
                Fla. Bar No. 765880