UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
*Fort Lauderdale Division*

CASE NUMBER: 00-6112-CIV-ZLOCH/SELTZER

STEVE NICHOLSON,

    Plaintiff,

vs.

NORTH BROWARD HOSPITAL
DISTRICT d/b/a Broward General
Medical Center, a Florida political
subdivision,

    Defendant.



### PLAINTIFF'S UNOPPOSED MOTION FOR 20 DAY ENLARGEMENT OF TIME TO RESPOND TO DEFENDANT'S MOTION TO DISMISS AMENDED COMPLAINT

Plaintiff, through his undersigned attorneys, pursuant to Rule 6, Fed.R.Civ.P., files this, his Unopposed Motion for 20 Day enlargement of time to Respond to Defendant's Motion to Dismiss Amended Complaint, and states as follows:

1. Plaintiff is requesting an enlargement of time, up through and including April 13, 2000 within which to serve his response to Defendant's Motion to Dismiss Amended Complaint.

2. Defendant's motion raises novel and complex issues of law regarding the definition of disability and handicap pursuant to the Americans With Disabilities Act and the Rehabilitation Act, respectively, requiring extensive legal research and analysis that cannot be completed before the due date.

3. Moreover, during the time period which the undersigned counsel has had to research the issues raised by Defendant's Motion, the undersigned has been involved in numerous matters



including, without limitation, a) the preparation of an Answer Brief to the Eleventh Circuit Court of Appeals in the Matter of *Ayala v. DSK-OPH*, 11th Cir. Case No: 99-15269, which is due to be filed in Atlanta on March 22, 2000; the preparation of a response to a writ of certiorari to the United States Supreme Court in the matter of *Damon v. Fleming Supermarkets of Florida, Inc.*, Sup.Ct. Case No: 99-1456, which is due to be filed in Washington D.C. on April 3, 2000; and c) the preparation of a memorandum of law in opposition to the Defendant's Motion for Summary Judgment in the matter of *Arbogast v. Mutual Wholesale Company*, pending in the Circuit Court of the Seventeenth Judicial Circuit, which is due to be filed on Monday, March 20, 2000.

4. Plaintiffs' counsel has contacted counsel for Defendant, Douglas Marx, Esq., and Mr. Marx does not have any objection to the requested enlargement of time.

5. This Motion is made in good faith and is not for the purpose of delay. No party will be unfairly prejudiced by the requested enlargement.

6. Plaintiff would be unfairly prejudiced should this Motion be denied as he will not be able to prepare a thorough and accurate response to Defendant's Motion to Dismiss Amended Complaint.

## MEMORANDUM OF LAW

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, this Court "for cause shown may at any time in its discretion" enlarge the time permitted by the Federal Rules of Civil Procedure for responding to a motion. Plaintiff respectfully requests that the Court exercise its discretion and permit the requested enlargement for the good cause stated herein.

WHEREFORE, Plaintiff respectfully requests an enlargement of time up through and including April 13, 2000, within which to serve his response to Defendant's Motion to Dismiss Amended Complaint.

Dated: March 15, 2000

                                      Respectfully submitted,

                                      PHILLIPS, EISINGER, KOSS,
                                      ROTHSTEIN & ROSENFELDT, P.A.
                                      Attorneys for Plaintiff
                                      NationsBank Tower
                                      Suite 2612
                                      One Financial Plaza
                                      Fort Lauderdale, Florida 33394
                                      TEL: (954) 764-1983
                                      FAX: (954) 764-2144

                                      BY: _____
                                            SCOTT W. ROTHSTEIN, ESQ.
                                            FLA. BAR NO: 765880

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was sent via U.S. Mail to Albert L. Frevola, Jr., Esq., and Douglas T. Marx, Esq., Conrad & Scherer, P.O. Box 14723, Fort Lauderdale, FL 33302 this 15th day of March 2000.

Respectfully submitted,

Phillips, Eisinger, Koss,
Rothstein & Rosenfeldt, P.A.
Attorneys for Plaintiff
Nationsbank Building
Suite 2612
One Financial Plaza
Fort Lauderdale, FL 33394

Scott W. Rothstein, Esq.
Fla. Bar No. 765880