UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6112-CIV-ZLOCH



STEVE NICHOLSON,

    Plaintiff,

vs.                                                    **O R D E R**

NORTH BROWARD HOSPITAL
DISTRICT d/b/a Broward
General Medical Center,
a Florida political
subdivision,

    Defendant.
_____/

    THIS MATTER is before the Court upon the Plaintiff, Steve Nicholson's, Unopposed Motion For 20 Day Enlargement Of Time To Respond To Defendant's Motion To Dismiss Amended Complaint, bearing file stamp of the Clerk of this Court dated March 16, 2000. The Court has carefully reviewed said Motion and after due consideration, it is

    **ORDERED AND ADJUDGED** that the Plaintiff's aforementioned



Unopposed Motion For 20 Day Enlargement of Time be and the same is hereby **DENIED**.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this ___16th___ day of March, 2000.

                                                                    _____
                                                                    WILLIAM J. ZLOCH
                                                                    United States District Judge

Copies furnished:

Scott W. Rothstein, Esq.
For Plaintiff

Albert L. Frevola, Jr., Esq.
Douglas T. Marx, Esq.
For Defendant