UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6112-CIV-ZLOCH

STEVE NICHOLSON,

    Plaintiff,

vs.

                                 O R D E R

NORTH BROWARD HOSPITAL
DISTRICT d/b/a Broward
General Medical Center, a
Florida political subdivision,

    Defendant.
_____/

    THIS MATTER is before the Court upon the Defendant, North Broward Hospital District's Motion To Dismiss (DE 4). The Court notes that the Plaintiff has filed an Amended Complaint (DE 5). Accordingly, it is

    **ORDERED AND ADJUDGED** that the Defendant's aforementioned Motion To Dismiss (DE 4) be and the same is hereby **DENIED** as moot.

    **DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 16th day of March, 2000.

                                                 WILLIAM J. ZLOCH
                                                 United States District Judge

Copies furnished:

Scott W. Rothstein, Esq.
Albert L. Frevola, Jr., Esq.