**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
CASE NUMBER: 00-6112-CIV-ZLOCH/SELTZER

STEVE NICHOLSON,　　　　　　　 )
　　　　　　　　　　　　　　　　　 )
　　　　Plaintiff,　　　　　　　　　 )
　　　　　　　　　　　　　　　　　 )
vs.　　　　　　　　　　　　　　　　 )
　　　　　　　　　　　　　　　　　 )
NORTH BROWARD HOSPITAL　　　 )
DISTRICT d/b/a Broward General　　　 )
Medical Center, a Florida political　　 )
subdivision,　　　　　　　　　　　　 )
　　　　　　　　　　　　　　　　　 )
　　　　Defendant.　　　　　　　　　 )
_____ )

### PLAINTIFF'S MOTION FOR SETTLEMENT CONFERENCE
### BEFORE UNITED STATES MAGISTRATE JUDGE

Plaintiff, through his undersigned counsel, files this, his motion for settlement conference before United States Magistrate Judge, and states as follows:

1.　　Plaintiff is respectfully requesting that this matter be referred to a United States Magistrate Judge for a settlement conference.

2.　　Plaintiff believes that a settlement conference before a federal magistrate may provide a forum to further settlement in the instant matter.

WHEREFORE, Plaintiff respectfully requests that her motion for settlement conference before a United States Magistrate Judge be **GRANTED**.

Dated: September 21, 2000

**[SIGNATURE OF NEXT PAGE]**

1

Respectfully submitted,

Phillips, Eisinger, Koss,
Rothstein & Rosenfeldt, P.A.
Attorneys for Plaintiff
Presidential Circle
4000 Hollywood Blvd., Suite 265-S
Hollywood, FL 33021
TEL: (954) 894-8000, FAX: (954) 894-8015

_____
Scott W. Rothstein, Esq.
Fla. Bar No. 765880

2

**CERTIFICATE OF SERVICE**

WE HEREBY CERTIFY that on this 21ST day of September, 2000, a true and correct copy of the foregoing has been served upon, Albert L. Frevola, Jr., Esq., Douglas T. Marx, Esq., counsel for Defendant **CONRAD & SCHERER,** Post Office Box 14723, Fort Lauderdale, Florida 33302.

<p style="margin-left: 2em;">Respectfully submitted,</p>

<p style="margin-left: 2em;">Phillips, Eisinger, Koss,<br>
Rothstein & Rosenfeldt, P.A.<br>
Attorneys for Plaintiff<br>
Presidential Circle<br>
4000 Hollywood Blvd., Suite 265-S<br>
Hollywood, FL 33021<br>
TEL: (954) 894-8000, FAX: (954) 894-8015</p>

Scott W. Rothstein, Esq.
Fla. Bar No. 765880