FILED by _____ D.C.

SEP 2 9 2000

CLA __ ICE MADDOX
CL __ ___ DIST. CT
SD __ OF FLA. FT. LAUD

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6112-CIV-ZLOCH

STEVE NICHOLSON,

Plaintiff,

vs.

NORTH BROWARD HOSPITAL
DISTRICT d/b/a Broward General
Medical Center, a Florida
political subdivision,

Defendant.

_____/

**ORDER OF REFERRAL TO
UNITED STATES MAGISTRATE JUDGE
BARRY S. SELTZER**

Re: Plaintiff's Motion For
Settlement Conference Before
United States Magistrate Judge

THIS MATTER is before the Court upon the Plaintiff's Motion For Settlement Conference Before United States Magistrate Judge (DE 17). The Court having carefully reviewed said Motion and being otherwise fully advised in the premises, it is

**ORDERED AND ADJUDGED** that the Plaintiff's Motion (DE 17) be and the same is hereby **GRANTED** and, pursuant to the provisions of 28 U.S.C. § 636 and Rule 1 of the Magistrate Rules for the United States District Court, Southern District of Florida, the above-styled cause is hereby referred to the United States Magistrate Judge for a settlement conference.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this _29th_ day of September, 2000.

WILLIAM J. ZLOCH
Chief United States District Judge

Copies furnished:
See Attached Mailing List

18

STEVE NICHOLSON v. NORTH BROWARD HOSPITAL DISTRICT d/b/a Broward
General Medical Center, a Florida political subdivision
CASE NO.   00-6112-CIV-ZLOCH

The Honorable Barry S. Seltzer
United States Magistrate Judge

Scott W. Rothstein, Esq.
Phillips, Eisinger, Koss,
Rothstein & Rosenfeldt
4000 Hollywood Blvd, Suite 265-South
Hollywood, FL 33021
For Plaintiff

Albert L. Frevola, Jr., Esq.,
Douglas T. Marx, Esq.
Conrad & Scherer
P.O. Box 14723
Fort Lauderdale, FL 33302
For Defendant