UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6112-CIV-ZLOCH

STEVE NICHOLSON,

    Plaintiff,

vs.

NORTH BROWARD HOSPITAL
DISTRICT d/b/a Broward General
Medical Center, a Florida
political subdivision,

    Defendant.
_____/

## ORDER SETTING SETTLEMENT CONFERENCE

THIS CAUSE is before the Court *sua sponte*. Pursuant to the District Court's September 29, 2000 Order of Referral, it is hereby ORDERED that the undersigned will conduct a settlement conference on November 1, 2000, at 2:00 p.m. at the United States Courthouse, Courtroom 110, 299 East Broward Boulevard, Fort Lauderdale, Florida. The appearance of counsel and each party or a representative of each party with full authority to enter into a full and complete compromise and settlement is mandatory. If insurance is involved, an adjuster with authority up to the policy limits or the most recent demand, whichever is lower, shall attend. All discussions, representations, and statements made at the mediation conference shall be confidential and privileged.

It is further ORDERED that at least ten days prior to the settlement conference, all parties shall furnish to the undersigned's chambers a brief written summary of the case



identifying the issues to be resolved. Copies of these summaries shall be served on all other parties.

DONE AND ORDERED in Fort Lauderdale, Florida, this 3rd day of October 2000.

BARRY S. SELTZER
United States Magistrate Judge

Copies to:

The Honorable William J. Zloch

Scott W. Rothstein, Esq.
Phillips, Eisenger, Koss,
 Rothstein & Rosenfeldt
4000 Hollywood Blvd.
Suite 265-South
Hollywood, FL 33021

Albert L. Frevola, Jr.,Esq.
Douglas T. Marx, Esq.
Conrad & Scherer
P.O. Box 14723
Fort Lauderdale, FL 33302

Debbie Donovan
Courtroom Deputy