ALF/DTM:(371)
00-0020

### UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 00-6112-CIV-ZLOCH
Magistrate Judge Seltzer

STEVE NICHOLSON,

    Plaintiff,

vs.

NORTH BROWARD HOSPITAL DISTRICT
d/b/a Broward General Medical
Center, a Florida political
subdivision,

    Defendant.
_____/

### DEFENDANT'S CASE SUMMARY FOR SETTLEMENT CONFERENCE

Defendant, NORTH BROWARD HOSPITAL DISTRICT, pursuant to this Court's Order Setting Settlement Conference, respectfully submits the following case summary for purposes of the settlement conference.

#### Statement of Plaintiff's Claims and Allegations

Plaintiff has filed this action against the NORTH BROWARD HOSPITAL DISTRICT (the "District") under Title I of the Americans with Disabilities Act, 42 U.S.C. § 12101 *et seq.* ("ADA"), the Rehabilitation Act, 29 U.S.C. § 794, and the Florida Civil Rights Act, Chapter 760, Florida Statutes. Plaintiff claims he was unlawfully denied an elevator mechanic position with the District because of a "deficiency in his ability to see the colors red and green," or color blindness.



Plaintiff alleges he applied for a position with the District as an elevator mechanic on or about February 25, 1999. The District offered him the position contingent upon his passing a physical examination and drug test. As part of the physical examination, Plaintiff was given a color vision test, the Isahara test. He was also tested by an ophthalmologist. The testing revealed Plaintiff had a deficiency in his ability to see the colors red and green. Plaintiff was denied the elevator mechanic position because of the results of his vision test. This lawsuit followed.

Plaintiff's Complaint alleges five causes of action. Count I sets forth a claim for discrimination (disparate treatment) under the ADA. Count II alleges a claim for discrimination (disparate impact) under the ADA. Count III is a claim for violation of the Rehabilitation Act, 29 U.S.C. § 794. Counts IV and V allege disparate treatment and disparate impact claims under the Florida Civil Rights Act.

### The District's Defense - Color Blindness is Not a Disability Nor a Handicap

Plaintiff's alleged disability and handicap -- red and green color blindness -- is not a disability under the ADA, nor a handicap under the Rehabilitation Act. This has been confirmed by several courts evaluating claims under both the ADA and the Rehabilitation Act. See Hoppes v. Commonwealth of Pennsylvania, 32 F.Supp.2d 770 (M.D.Penn. 1998); Swanson v. Palm Beach County Board of Commissioners, 932 F.Supp. 283 (S.D.Fla. 1995), *affirmed* 89 F.3d 855 (11th Cir. 1996); Venclauskas v. State of Connecticut, 921 F.Supp. 78 (D. Conn. 1995); Cline v. Fort Howard Corporation, 963 F.Supp. 1075 (E.D. Okla. 1997); Santiago v. Temple University, 739 F.Supp. 974 (E.D.Pa. 1990).

2

Should the case not be resolved between the parties amicably, the District will establish that proper vision, and more importantly the ability to differentiate colors and colored wiring systems, is critical to the position of elevator mechanic and to fundamental safety principles.

### Valuation of Plaintiff's Potential Damages

In light of the clear authority establishing that color blindness is not a disability, the District respectfully submits that the Plaintiff is not entitled to any damages. However, although the District cannot stipulate to Plaintiff's computation of lost wages and benefits, they may be used for settlement and discussion purposes.

Respectfully submitted,

CONRAD & SCHERER
Attorneys for Defendant
P.O. Box 14723
Fort Lauderdale, FL 33302
Tel: (954) 462-5500
Fax: (954) 463-9244

By:_____
ALBERT L. FREVOLA, JR.
Florida Bar No. 857416
DOUGLAS T. MARX
Florida Bar No. 0089834

3

**CERTIFICATE OF SERVICE**

WE HEREBY CERTIFY that a true and correct copy of the foregoing was furnished by facsimile and U.S. Mail to Scott W. Rothstein, Esq. / Michael Pancier, Esq., Phillips, Eisinger, Koss, et al., Attorneys for Plaintiff, NationsBank Tower, Suite 2612, One Financial Plaza, Fort Lauderdale, FL  33394 on this 25th day of October, 2000.

> CONRAD & SCHERER
> Attorneys for Defendant
> P.O. Box 14723
> Fort Lauderdale, FL  33302
> Tel: (954) 462-5500
> Fax: (954) 463-9244
>
> By: _____
> ALBERT L. FREVOLA, JR.
> Florida Bar No. 857416
> DOUGLAS T. MARX
> Florida Bar No. 0089834

4