UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6112-CIV-ZLOCH

STEVE NICHOLSON,

        Plaintiff,

VS.

NORTH BROWARD HOSPITAL DISTRICT,
d/b/a BROWARD GENERAL MEDICAL CENTER
a Florida Political Subdivision,

        Defendant.
_____/

## STATUS REPORT ON SETTLEMENT CONFERENCE

A settlement conference was held in this cause on November 1, 2000. The parties negotiated in good faith and were able to reach an agreement as to settlement. The parties will file with the Court a Joint Stipulation for Dismissal with Prejudice within ten (10) days of this date.

DATED at Fort Lauderdale, Florida this 1st day of November 2000.

BARRY S. SELTZER
United States Magistrate Judge

1

Copies to:

Honorable William J. Zloch
United States District Judge

Scott W. Rothstein, Esquire
Phillips, Eisinger, Koss, Rothstein & Rosenfeldt, P.A.
4000 Hollywood Boulevard, Suite 265-S
Hollywood, Florida 33021
Attorney for Plaintiff

Douglas Marx, Esquire
Conrad & Scherer
633 South Federal Highway
Fort Lauderdale, Florida 33301
Attorney for Defendant