UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

2 2000

Steve Nicholson

CASE NO. 00-6112-CV-Zloch

vs.

North Broward Hospital

---

MAGISTRATE JUDGE: Barry S. Seltzer

DEPUTY CLERK: Debbie Donovan

COURT REPORTER: not recorded

DATE: 11-1-00   TIME: 2:00pm

TYPE OF HEARING: Settlement Conference

---

COUNSEL: Scott Rothstein, Esq. present
Albert Prevola, Esq.

Douglas Mary, Esq.
Mark Knight - rep.

REMARKS: No record kept