**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
*Fort Lauderdale Division*
CASE NUMBER: 00-6112-CIV-ZLOCH/SELTZER

FILED BY _____
2001 JAN 22  AM 11: 36
CLERK U.S. DIST. CT.
S.D. OF FLA-FTL

STEVE NICHOLSON, )
)
Plaintiff, )
)
vs. )
)
NORTH BROWARD HOSPITAL )
DISTRICT d/b/a Broward General )
Medical Center, a Florida political )
subdivision, )
)
Defendant. )

### JOINT STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE

The parties, by and through their undersigned attorneys, file this, their Joint Stipulation for Voluntary Dismissal With Prejudice, pursuant to Rule 41(a)(1), Fed.R.Civ.P.. The parties agree that this action be hereby dismissed with prejudice to the Plaintiff; each party to pay their own attorneys fees and costs. This Court shall retain jurisdiction to enforce the terms of the settlement agreement.

Respectfully submitted,

| | |
|---|---|
| PHILLIPS, EISINGER, KOSS, ROTHSTEIN & ROSENFELDT, P.A.<br>Attorneys for Plaintiff<br>Presidential Circle – Suite 265-S<br>Fort Lauderdale, FL 33394<br>Phone: (954) 894-8000<br>Fax: (954) 894-8015<br><br>By: _____<br>SCOTT W. ROTHSTEIN<br>Fla. Bar No. 765880<br>MICHAEL A. PANCIER<br>Fla. Bar No. 958484<br><br>Dated: January ___, 2001 | CONRAD & SCHERER, P.A.<br>Attorneys for Defendant<br>Eighth Floor<br>633 South Federal Highway<br>Fort Lauderdale, Florida 33302<br>TEL: (954) 462-550<br>FAX: (954) 463-9244<br><br>By: _____<br>ALBERT L. FREVOLA, JR.<br>Fla. Bar No. 857416<br>DOUGLAS T. MARX<br>Fla. Bar No. 0089834<br><br>Dated: January 17, 2001 |

23

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Fort Lauderdale Division

CASE NUMBER: 00-6112-CIV-ZLOCH/SELTZER

STEVE NICHOLSON,                )
                                )
        Plaintiff,               )
                                )
vs.                             )
                                )
NORTH BROWARD HOSPITAL          )
DISTRICT d/b/a Broward General  )
Medical Center, a Florida political )
subdivision,                    )
                                )
        Defendant.               )
                                )

### FINAL ORDER OF DISMISSAL

**THIS CAUSE** having come before the court on the Joint Stipulation for Dismissal, and due cause appearing therefor, it is hereby:

**ORDERED AND ADJUDGED** that the above cause be and the same is hereby **DISMISSED WITH PREJUDICE** to the Plaintiff; each party to bear their own attorneys' fees and costs. All pending motions are denied as moot. This Court shall retain jurisdiction to enforce the parties' settlement agreement. **THIS CASE IS CLOSED.§§**

**DONE AND ORDERED** in Chambers, at Ft. Lauderdale, Florida, this ___ day of _____, 2001.

_____
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF FLORIDA

cc:   Scott W. Rothstein, Esq.
      Douglas T. Marx, Esq.