DTM:vcm(371) (00-20)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

STEVE NICHOLSON,

    Plaintiff,

vs.

NORTH BROWARD HOSPITAL DISTRICT
d/b/a Broward General Medical
Center, a Florida political
subdivision,

    Defendant.
_____/

CASE NO.: 00-6112

CIV-ZLOCH

Magistrate Judge Seltzer

**NOTICE OF FILING**

The Defendant, NORTH BROWARD HOSPITAL DISTRICT d/b/a BROWARD GENERAL MEDICAL CENTER, by and through its undersigned counsel, hereby files this original Joint Stipulation for Voluntary Dismissal with Prejudice and Proposed Final Order of Dismissal.

WE HEREBY CERTIFY that a true and correct copy of the foregoing was furnished by U.S. Mail to Scott Rothstein, Esq., Phillips, Eisinger, Koss, et al., Attorneys for Plaintiff, 4000 Hollywood Boulevard, Suite 265 South Hollywood, FL 33021 on this 19th day of January, 2001.

CONRAD & SCHERER
Attorneys for Defendant
P.O. Box 14723
Fort Lauderdale, FL 33302
Tel: 954/462-5500
Fax: 954/463-9244

By: _____
DOUGLAS T. MARX
FL BAR NO: 0089834