UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6112-CIV-ZLOCH

FILED by _____ D.C.

JAN 2 3 2001

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

STEVE NICHOLSON,

       Plaintiff,

vs.                          **FINAL ORDER OF DISMISSAL**

NORTH BROWARD HOSPITAL
DISTRICT d/b/a Broward
General Medical Center, a
Florida political subdivision,

       Defendant.
_____/

THIS MATTER is before the Court upon the Joint Stipulation For Voluntary Dismissal With Prejudice, bearing file stamp of the Clerk of this Court dated January 22, 2001. The Court having carefully reviewed said Joint Stipulation and after due consideration, it is

    **ORDERED AND ADJUDGED** as follows:

    1. The Joint Stipulation For Voluntary Dismissal With Prejudice filed herein by the Plaintiff, Steve Nicholson, and the Defendant, North Broward Hospital District, be and the same is hereby approved, adopted and ratified by the Court;

    2. The above-styled cause be and the same is hereby **DISMISSED** with prejudice, each party to pay their own attorneys' fees and costs;

3. The Court retains jurisdiction of the above-styled cause solely for the purpose of enforcing the settlement agreement; and

4. To the extent not otherwise disposed of herein, all pending Motions are hereby **DENIED** as moot.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 23rd day of January, 2001.

WILLIAM J. ZLOCH
Chief United States District Judge

Copies furnished:

Scott W. Rothstein, Esq.
For Plaintiff

Douglas T. Marx, Esq.
For Defendant